THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM HOLZMAN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

NITE CLUB FROCKS, INC., Appellant, v. WALTZTIME DANCE FROCKS, INC., and JOSEPH GALBO, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

39 BROADWAY, INC., Appellant, v. COLUMBIA GAS & ELECTRIC CORPORATION and Others, Respondents, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Martin, P. J., and Dore, J., dissent and vote to reverse and deny the motion.

FRANK PLATT, Respondent, v. GREEN BUS LINES, INC., and NEW YORK RAILWAYS CORPORATION, Appellants.— Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $20,192.03; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of NEW YORK TRUST COMPANY as Testamentary Trustee under the Last Will and Testament of EDITH NATHALIE SELBIE SCHLEY, Deceased. BUCHANAN SCHLEY, III, Petitioner, Contestant, Appellant; NEW YORK TRUST COMPANY and FRANCIS J. MAHONEY, Special Guardian, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the trust estate. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

MARY SHANNON, an Infant, by PATRICK SHANNON, Her Guardian ad Litem, and PATRICK SHANNON, Respondents, v. FRANK L. SAMUELS, Appellant, Impleaded with Another.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JESSIE BRIEN TUNSTALL, as Temporary Administratrix, etc., of ROBERT BRIEN, Deceased, as Executor and Trustee of the Estate of HENRY BRIEN, Deceased, Respondent, and ANNIE A. COULSON, as Executrix and Trustee of the Estate of HENRY BRIEN, Deceased, Appellant, and for the Judicial Construction of the Last Will and Testament of HENRY BRIEN, Deceased, Appellant, and for the Judicial Construction of the Last Will and Testament of HENRY BRIEN, Deceased, against JEAN HAMILTON BULLER and Others, Appellants, Respondents.— Decree, so far as appealed from, affirmed. No opinion. (Dore and Callahan, JJ., dissent as to Annie A. Coulson, as executrix, etc., and vote to reverse in so far as her surcharge is concerned.) Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.